CHARLES E. BERG v. CHARLES LATCHAM, *et al.*

156 So. 608.
Division B.
Opinion Filed September 28, 1934.

*E. S. Willes and T. B. Ellis, Jr.,* for Appellant;
*C. P. Diamond and S. N. Smith,* for Appellees.

Per Curiam.—This appeal is from a decree dismissing a bill of complaint brought by a defaulting vendee in a contract to purchase real estate to enforce the contract as against the vendor and his grantee. The equities are with the defendant and the decree is affirmed.

Whitfield, P. J., and Brown and Buford, J. J., concur.